**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHAEL THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0557 |
| | § | |
| GRUNDFOS, CBS *et al.*, | § | |
| | § | |
| Defendants, | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**AND ORDER DISMISSING WITHOUT PREJUDICE**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on November 5, 2018, and made a *de novo* determination. Rule 72(b), FED. R. CIV. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the motion to dismiss was properly granted and the claims against Mads Nipper and Henrik Christiansen properly dismissed without prejudice. The Magistrate Judge's recommendation to dismiss all claims against defendants Nipper and Christiansen based on lack of personal jurisdiction is consistent with and supported by the applicable legal standards. No objections were filed. The defendants' motion to dismiss, (Docket Entry No. 35), is granted.

SIGNED on December 6, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge