IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHEL THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-18-0557 |
| § | |
| GRUNDFOS, CBS *et al.*, § | |
| § | |
| Defendants, § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
AND ORDER DISMISSING WITHOUT PREJUDICE**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 15, 2019, and the objections filed by the plaintiff, Michel Thomas, and made a *de novo* determination. Rule 72(b), FED. R. CIV. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the motion to dismiss was properly granted and the claims against Jonathan Hamp-Adams, Thomas Brun Larsen, Paddi Riopelle, Chua Nguyen, Steve Marshall, Billy Baxter, Lonnie Palla, and Terry Jalufka properly dismissed without prejudice. The Magistrate Judge's recommendation to dismiss all claims against defendants Jonathan Hamp-Adams, Thomas Brun Larsen, Paddi Riopelle, Chua Nguyen, Steve Marshall, Billy Baxter, Lonnie Palla, and Terry Jalufka based on lack of personal jurisdiction is consistent with and

supported by the applicable legal standards. The defendants' motion to dismiss, (Docket Entry No. 42), is granted.

SIGNED on April 24, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge