United States District Court
Southern District of Texas
**ENTERED**
December 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHEL THOMAS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:18-CV-0557 |
| § | |
| GRUNDFOS, CBS *et al.*, § | |
| *Defendants*. § | |

## MEMORANDUM AND RECOMMENDATION

Defendants have confirmed that they received Plaintiff's Response to Defendants' First Set of Interrogatories on November 15, 2019, after the Motion to Dismiss was filed. Dkt. 76.

Although Plaintiff, who is pro se, did not timely comply with the Court's September 20, 2019 Order, the Court finds that the ultimate sanction of dismissal with prejudice is not warranted at this time under Rule 37(d) or Rule 41(b). The Court therefore RECOMMENDS that Defendants' Motion to Dismiss Under Rules 37(D) and 41(B) (Dkt. 69) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on December 12, 2019, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge